**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10526 |
| Plaintiff - Appellee, | D.C. No. 2:09-CR-01355-NVW |
| v. | |
| XOCHITL PADILLA-BARRON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted December 19, 2012[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Xochitl Padilla-Barron appeals from the district court's judgment and

challenges her guilty-plea conviction and 198-month sentence for conspiracy to

commit hostage taking, in violation of 18 U.S.C. § 1203(a).  Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Padilla-Barron's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Padilla-Barron the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Padilla-Barron has waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED**.

Padilla-Barron's motion to file late supplemental excerpts of record under seal is **GRANTED**.

Padilla-Barron's pro se motion for appointment of new counsel is **DENIED**.

**DISMISSED.**